United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Robin Reid, Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| Julie L. Jones, Secretary of the Department of Corrections and Pamela Jo Bondi, Attorney General of the State of Florida, Respondents. | ) Criminal Case No. 17-60395-Civ-Scola ) ) ) ) |

### **Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On April 23, 2018, Judge White issued a report recommending that the Court deny Petitioner Robin Reid's motion to vacate his sentence pursuant to 28 U.S.C. § 2254. (Report of Mag. J., ECF No. 17.) Reid has filed objections. (Pet'r's Objs., ECF No. 18.) Having reviewed de novo those portions of Judge White's report to which Reid properly objected and having reviewed the remaining parts for clear error, the Court adopts the report and recommendation in its entirety.

In his petition, Reid claims he was denied effective assistance of counsel on thirteen grounds. Judge White did not find in Reid's favor on any of these bases. In his objections, Reid objects only to Judge White's findings and conclusions as to grounds one and twelve. After de novo review of these two claims, the Court finds Reid failed to establish either *Strickland* prong and therefore adopts Judge White's report and recommendations. The Court also finds no clear error with respect to Judge White's conclusion as to Reid's other eleven claims.

The Court finds Judge White's report and recommendation cogent and compelling. The Court therefore **affirms and adopts** Judge White's report and recommendation (ECF No. 17). The Court **denies** Reid's motion to vacate his sentence (ECF No. 1). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case and **deny** any pending motions **as moot**.

**Done and ordered**, at Miami, Florida, on May 29, 2018.

_____
Robert N. Scola, Jr.
United States District Judge